**IT IS SO ORDERED.**

**Dated: 03:24 PM October 26 2007**

MARILYN SHEA-STONUM
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 07-50078 |
| DONALD K. SLIDER<br>LAVONIA T. SLIDER | CHAPTER 13 |
| Debtors | HON. MARILYN SHEA-STONUM<br>BANKRUPTCY JUDGE |
| | **ORDER GRANTING<br>MOTION TO VOLUNTARILY<br>DISMISS CHAPTER 13** |

*********************************************************************************

    This Court, pursuant to the Motion to Voluntarily Dismiss Chapter 13 filed by Debtors, Donald and Lavonia Slider, in the above-captioned proceeding, and noting that no creditor or interested party, including the Chapter 13 Trustee, has objected to same despite having received notice thereof, and further noting that a voluntary petition for relief under Chapter 13 and Title 11 of the U.S.C. was filed herein on January 11, 2007, that no Order of Discharge has been entered and further, that no complaint objecting to the Debtors' discharge has been filed, and that no complaints to determine dischargability of any debts have been filed in this case and further noting that Debtors, Donald and Lavonia Slider, seek to voluntarily dismiss the within Chapter 13 proceeding, hereby Orders that the Order for Relief resulting from the filing of their voluntary

petition be, and hereby is, set aside, and that the voluntary petition for relief under Chapter 13 and Title 11 of the U.S.C be dismissed without prejudice.

It is further hereby Ordered that the Trustee shall rescind any and all wage withholding Orders in the within matter in order to stop any wage attachments currently being sent by Debtor(s)' employer to the Chapter 13 Trustee as payment towards the within Chapter 13 Plan.

IT IS SO ORDERED.

# # #

SUBMITTED BY:

/s/   Marc P. Gertz
Marc P. Gertz, #0003808
Attorney for Debtors
GOLDMAN & ROSEN, LTD.
11 South Forge Street
Akron, OH  44308
(330) 376-8336
Facsimile (330) 376-2522
mpgertz@goldman-rosen.com


APPROVED BY:

/s/   Jerome L. Holub
Jerome L. Holub, Chapter 13 Trustee (#0015470)
By:  Keith Rucinski, Attorney for Chapter 13 Trustee (#0063137)
One Cascade Plaza, Suite 2020
Akron, OH  44308
(330-762-6335)
Facsimile (330-762-7072)
krucinski@ch13akron.com

## CERTIFICATE

Marc P. Gertz, Esq., Attorney for Debtor (via ECF)

Jerome L. Holub, Chapter 13 Trustee (via ECF)

U.S. Trustee (via ECF)

***via U.S. Mail:***

Donald and Lavonia Slider
Debtors
690 Kling Street
Akron, OH   44311

All Creditors as Listed in Matrix


**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0647-5          User: bmont              Page 1 of 1              Date Rcvd: Oct 26, 2007
Case: 07-50078                Form ID: pdf727          Total Served: 28

The following entities were served by first class mail on Oct 28, 2007.
db           +Donald K. Slider,    690 Kling St,    Akron, OH 44311-1771
db           +Lavonia T. Slider,   690 Kling Street,    Akron, OH 44311-1771
16330339     +AMERICAN HONDA,    FINANCIAL SVCS.,    PO BOX 105027,    ATLANTA, GA 30348-5027
16383619      AMERICAN HONDA FINANCE CORPORATION,    POB 168088,    Irving, TX 75016-8088
16330340     +AMERIFIRST HOME,    IMPROVEMENT FINANCE,    PO BOX 2040,    OMAHA, NE 68103-2040
16330341     +ANITA L. MADDIX, ESQ.,    120 EAST FOURTH STREET, 8TH FLOOR,    CINCINNATI, OH 45202-4010
16330342      BENEFICIAL,    PO BOX 4153-K,    CAROL STREAM, IL  60197
16359809     +Beneficial Ohio Inc,    961 Weigel Dr,    Elmhurst IL 60126-1058
16330343     +CHANNING L. ULBRICH, ESQ.,    PO BOX 5480,    CINCINNATI, OH 45201-5480
16330344     +DELL FINANCIAL SVCS.,    PO BOX 6403,    CAROL STREAM, IL 60197-6403
16625963     +Dell Financial Services, L.P.,    Collections/Consumer Bankruptcy,    12234B North I-35,
               Austin, Texas 78753
16330345     +FIRST FRANKLIN LOAN SERVICES,    PO BOX 1838,    PITTSBURGH, PA 15230-1838
16330346     +FIRST PREMIER BANK,    PO BOX 5147,    SIOUX FALLS, SD 57117-5147
16373592     +First Franklin c/o Home Loan Services, Inc.,    150 Allegheny Center,    IDC 24-040,
               Pittsburgh, PA 15212-5335
16371978     +GMAC,    PO BOX 130424,    Roseville MN 55113-0004
16509162      HSBC Bank Nevada NA / HSBC Card Services III,    by eCAST Settlement Corporation,   as its agent,
               POB 35480,   Newark NJ 07193-5480
16330347     +HSBC CARD SERVICES,    PO BOX 5222,    CAROL STREAM, IL 60197-5222
16330348     +JOHN DONOFRIO,    SUMMIT COUNTY TREASURER,    175 S. MAIN ST.,    AKRON, OHIO 44308-1353
16432569     +Premier Bankcard/Charter,    PO BOX 2208,    Vacaville, CA 95696-8208
16330349     +WASHINGTON MUTUAL,    CARD SERVICES,    PO BOX 660487,    DALLAS, TX 75266-0487
16330350     +WELLS FARGO,    C/O NATIONAL CITY HOME LOAN SVCS.,    150 ALLEGHENY CENTER MALL,    IOS 24-060,
               PITTSBURGH, PA 15212-5335
16330351     +WFS FINANCIAL,    PO BOX 25341,    SANTA ANA, CA 92799-5341
16368085     +Wells Fargo Bank, N.A. c/o National City,    Home Loan Services, Inc now known as,
               Home Loan Services, Inc.,    150 Allegheny Center,    Mail IDC 24-060,    Pittsburgh, PA 15212-5335
16330352     +ZALES,    PROCESSING CENTER,    DES MOINES, IA 50364-0001
16724789      eCAST Settlement Corporation,    POB 35480,    Newark NJ 07193-5480

The following entities were served by electronic transmission on Oct 26, 2007.
16350862     +Fax: 800-506-0586 Oct 27 2007 00:11:41     AmeriFirst Home Improvement Finance,
               4405 South 96th Street,    Omaha, NE 68127-1210
16512104      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,    assignee of Washington Mutual,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
16417709      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                             TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            WFS Financial, Inc.
cr*           ECAST SETTLEMENT CORPORATION,    POB 35480,    NEWARK, NJ   07193-5480
                                                                                   TOTALS: 1, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Oct 28, 2007**          Signature:  *Joseph Speetjens*